# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Kuzich,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HomeStreet Bank, et al.,<br><br>　　　　Defendants. | No. CV-17-02902-PHX-GMS<br><br>**ORDER** |
| HomeStreet Bank,<br><br>　　　　Counter-Claimant,<br><br>v.<br><br>Katherine Kuzich,<br><br>　　　　Counter-Defendant. | |

Pursuant to the Plaintiff's Unopposed Motion and Memorandum for Approval of the Parties' Collective Action Settlement and Dismissal With Prejudice (Doc. 113), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Court grants Plaintiff's Unopposed Motion approving the settlement and dismissing the action including all claims and counterclaims with prejudice, with each Party to bear his, her, or its attorneys' fees, costs, and expenses, except as provided in the Settlement Agreement. The Court hereby awards Plaintiff's counsel his fees and costs as described in the Settlement Agreement, in the total amount of $48,333.33 in attorneys' fees and $9,074.23 in costs.

**IT IS FURTHER ORDERED** that the releases provided by the Parties in the Settlement Agreement shall extinguish all claims released by the Parties therein. The Parties' Settlement Agreement is approved. The Parties shall effectuate the terms of the Settlement Agreement.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate and dismiss this case with prejudice.

Dated this 23rd day of September, 2019.

_____
G. Murray Snow
Chief United States District Judge